# EXHIBIT A



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Lemar Thomas Jr.
_____
*Plaintiff(s)*

v.                                                          Case No: 2023 CAB 002501

America's Healthcare at Home Inc.
_____
*Defendant(s)*

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
America's Healthcare at Home Inc.
_____
220W Germantown Pike, Ste. 250
_____
Plymouth Meeting, PA  19462-1437
_____

     The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

     Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

     If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

     If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

     This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 8/8/2023 _____.

*adrienne J. marsh*
_____
*Signature*

8/8/2023
_____
*Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
## COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

     I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____  _____  _____
*Signature*                                    *Relationship to Defendant/Authority*                    *Date of Signature*
                            *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ    번역을 원하시면, (202) 879-4828 로 전화주십시오

CA 1-A [Rev. June 2017]                                    Super. Ct. Civ. R. 4

**Case Caption:**   Lemar Thomas, JR  v.  America's Healthcare at Home

**To:**   America's Healthcare at Home          **Case Number:**   2023-CAB-002501

### NOTICE OF REMOTE SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Scheduling Conference** on **10/20/2023** at **9:45 AM** in **Remote Courtroom 100**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb100

   Meeting ID: 129 846 4145
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

America's Healthcare at Home
220 W Germantown Pike
Suite 250
Plymouth Meeting PA  19462-1437

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.



Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
APR 28 2023
Superior Court of the
District of Columbia

Case No. 2023 02501

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

LEMAR THOMAS JR
**PLAINTIFF**

0536 SOUTHERN AVE S.E. #04
Address (No Post Office Boxes)

WASHINGTON D.C. 20020
City          State          Zip Code

202-878-5937 202-221-0724
Telephone Number

lemar3985@gmail.com
*Email Address (optional)*

**vs**

AMERICA'S
HEALTH CARE AT HOME
**DEFENDANT**

1510-R CATON CENTER DRIVE
Address (No Post Office Boxes)

BALTIMORE, M.D. 21227
City          State          Zip Code

800-545-6026 FAX 800-545-6071
Telephone Number

_____
*Email Address (optional)*

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   I LEMAR THOMAS JR, WAS A CUSTOMER OF AMERICA'S HEALTHCARE AT HOME, COMPANY FROM YEAR'S 2018 TO 2021. I WAS CALL, AFTER A MONTH AND TWO WEEK'S, THAT THE CPAP MACHINE, THAT I HAD BEEN USING WAS ON RECALL, IN 2021. THIS HERE CIVIL LAWSUIT, IS FOR HEALTH PROBLEM'S.

2. What relief are you requesting from the Court? Include any request for money damages.

   I LEMAR THOMAS JR, MY REQUEST FOR MONEY AND DAMAGES, ARE MENTAL STRESS, PHYSICAL PAIN AND STRESS.

Form CA-3074 [Rev. Nov. 2017]                    1                    Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

I NEMAR THOMAS JR. HAVE COPIES AND
DOCUMENT'S, TO BETTER SUPPORT MY
CIVIL LAWSUIT CASE.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

Lemar Thomas Jr

**SIGNATURE**

04/25/2023

**DATE**

Subscribed and sworn to before me this _____ 28th _____ day of _April_ 20 _23_

Adrienne L. Ward

(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

DEMAR THOMAS JR

_____
                                    Plaintiff

vs.

AMERICA'S HEALTHCARE AT HOME
_____
                                    Defendant

Case Number _____ 2023  02501

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

DEMAR THOMAS JR
_____
Name of Plaintiff's Attorney

0536 SOUTHERN AVE S.E #34
_____
Address

WASHINGTON D.C. 20020
_____

202-878-5937 202-226-0734
_____
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202)879-4828로 전화주세요          የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
                                    Deputy Clerk

Date ___4/26/2023___

Đã có bản dịch, hãy gọi (202) 879-4828

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                    Demandante

contra

_____              Número de Caso: _____
                                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____                    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____                    Por: _____
Dirección                                                          Subsecretario

_____

_____                    Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828 로 전화주십시오        ፈልጎ ለቺት አማርኛ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

*✗Distilled Water ✻ -In Water Section*



**AMERICA'S HEALTHCARE AT HOME**

1510-R Caton Center Drive
Baltimore, MD 21227
Phone: (800) 545-6026
Fax    (800) 545-6071

## CPAP / BILEVEL Education Guide



Positive airway pressure therapy is the most effective noninvasive treatment for OSA (obstructive sleep apnea). OSA occurs primarily because of upper airway obstructions that can cause you to snore or to stop breathing. During sleep, our bodies relax, and muscle tissues like the tongue and soft palate lose their slight rigidity. Because we tend to sleep lying down, gravity pulls these tissues toward the back of the throat and closes the upper airway.

Your doctor has prescribed CPAP for you. CPAP (pronounced "see-pap") is short for "continuous positive airway pressure." CPAP systems consist of a flow generator, air tubing, and a mask. The flow generator pushes air through the tubing and nasal mask. The air passes through your nose and into your throat, where the slight pressure keeps your upper airway open.

**Prescribed Settings:**

☑ CPAP       ☐ APAP       ☐ BILEVEL       ☐ NIPPV       ☐ AVAPS       ☐ ASV

Pressure(s): Insp: $10$ cmH20   Exp: $10$ cmH20        Rate: ____ bpm

Ramp: $30$ min      Ramp Start: $5$ cmH2O        Supplemental O2 @ ____ L/M

AVAPS:      Insp. Time: ____ sec      Rise Time Setting: ____      Rise Time Lock: ____

ASV: IMAX: ____ cmH2O   EPAP: ____ cmH2O   PS: ____ cmH2O   Rate: ____

**Getting Started**

➢ Place the CPAP unit on a level surface (night stand) near your bed. Plug the unit into a properly functioning electrical outlet. **DO NOT place the machine at a level higher than your head.** Keep the CPAP unit at least 12 inches away from any sources of airflow obstructions, such as drapes, bedspreads, papers, etc.

➢ Fill your humidifier chamber with distilled water to prevent mineral deposits on equipment.

**NOTE: Tap water can be used when distilled water is unavailable.**

➢ Attach the 6 foot CPAP tubing to the outlet of the humidifier; attach your mask to the other end of the tubing.

**Getting to Sleep**

➢ Wash your face. Properly adjust your mask and headgear to your face as instructed by your representative and manufacturer guidelines.

➢ The mask should fit comfortably and just snug enough to avoid any leaks.

➢ **DO NOT over-tighten your headgear.**

➢ Turn the CPAP unit on. You will feel air coming through your mask. Breath normally through your nose, keeping your mouth closed.

➢ Check for leaks in your mask. Is air escaping into your eyes? Around your lips?

1



1510-R. Caton Center Drive
Baltimore, MD 21227
Phone:  (800) 545-6026
Fax     (800) 545-6071

> **Be patient with the therapy.** Using the machine as little as four hours per night will be beneficial. Gradually increase usage until you can wear it all night.

> If you experience a **dry tongue** during the night, you may need a chin strap to help keep your mouth closed.

> Use the ramp feature. The ramp feature allows for a lower pressure to be delivered at the beginning, gradually *"ramping" up* to the prescribed pressure, allowing you to fall asleep easier against less pressure.

**Waking Up**

> Turn **OFF** CPAP unit when not in use.

> If using oxygen, **TURN OFF OXYGEN BEFORE TURNING OFF CPAP** so oxygen does not accumulate in the device.

> If using oxygen during the day, disconnect tubing from CPAP machine and attach a nasal cannula to the end for daytime use.

## Safety Considerations

> Use your CPAP as directed by your Doctor and **DO NOT** try to adjust your pressure settings.

> Keep the area around the CPAP unit clean and do not allow the vents on the CPAP to become blocked.  Keep filters clean.

> Plug the CPAP into a properly functioning outlet and avoid the use of extension cords.

> **DO NOT** block the exhalation port or valve on your mask.

> If using a heated humidifier, **allow unit to cool** before cleaning and/or refilling.

> Follow oxygen safety guidelines if oxygen equipment is being used.  If so, always turn the CPAP unit **ON** first, then the oxygen, and turn the oxygen **OFF** first, then the CPAP.

> If you have a medical emergency, contact your Doctor or emergency personnel.

## Traveling with CPAP

> When traveling, always empty and wipe dry the humidifier chamber.  Even a few drops of water can damage the circuit board in the machine.  Water damage is not covered by your warranty.

> When flying, keep the CPAP machine with you.  Airlines usually allow one carry-on bag plus a smaller "personal item" such as a purse, briefcase or laptop computer. Most airlines will also let you carry a third bag if it is a medical device. If you cannot carry the machine, make sure to pack the humidifier separately from the machine and surround both with soft materials.

> Most all CPAP machines now accommodate electrical sources of 100-240 volts AC, 50-60 Hz.  A plug adaptor is all you need when traveling overseas.

2



1510-R Caton Center Drive
Baltimore, MD 21227
Phone: (800) 545-6026
Fax    (800) 545-6071

## Cleaning Procedures

*To prevent growth of mold and bacteria in the CPAP system:*



## Daily

❖ **Wash your face daily before wearing your mask.**

❖ *Mask:* Clean surfaces that contact skin with a cloth or paper towel and warm soapy water. Rinse thoroughly. Pre-Packaged mask wipes are also available.

❖ *Do not use chlorine, alcohol, or aromatic-based solutions, bleach, scented oils, moisturizing, or antibacterial soaps to clean supplies. These may cause hardening and reduce the life of the product.*

❖ *Humidifier chamber:* Remove and empty the water reservoir, rinse and allow to dry completely. Refill with fresh water, distilled water is preferred.



**Mask Wipes make daily mask cleaning a breeze.**

## Weekly

❖ *Mask, headgear, tubing and humidifier chamber:* Soak in warm soapy water (*using regular dish soap*) for **30 minutes**, rinse with warm water, and hang to dry.

❖ If you have an upper respiratory infection (e.g. cold or sinus infection), then also soak in a solution of 1 part white vinegar and 3 parts water for 30 minutes. Rinse well with warm water and hang to dry. Formulas such as *Control III*, are a cost-effective way to disinfect without harsh chemicals or smell. Blow out water droplets from tubing and mask with machine before wearing.

❖ *Reusable Filter:* Hand wash re-usable filter in warm soapy water.

❖ *Disposable Filter:* Replace disposable filter when visibly soiled

❖ *CPAP Machine:* Unplug CPAP machine & wipe with a damp cloth



**Use dish soap without antibacterial ingredients.**



**Control III Solution is another option for cleaning and disinfecting supplies.**



1510-R  Caton Center Drive
Baltimore, MD 21227
Phone: (800) 545-6026
Fax   (800) 545-6071

## Monitoring your Progress

1. **DreamMapper (Respironics Machines)**
   a. Go online to www.dreammapper.com
   b. Register your machine – you will need the serial number from your machine (look on the delivery ticket for the number that starts with "J")

2. **MyAir (Resmed machines)**
   a. Go online to myair.resmed.com
   b. Create an account

Make sure your machine is plugged in all of the time so the modem can communicate with the manufacturer's server. This usually occurs once per day. The information is kept secure and only accessible by your physician or America's HealthCare at Home, Inc. We keep all medical information

## Reordering Supplies

Call the main number to order replacement supplies. Periodically, you will receive a reminder **by phone or email** to check your mask, headgear, tubing and humidifier chamber for re-order. Your supplies will be shipped directly to you.

It is important to reorder your mask, headgear, tubing and filters at least every six months to reduce risk of infection and to ensure leak-free comfort. Most insurance carriers will pay for supplies every three to six months.

You can reorder supplies several ways:

1. Reply to the automated system 24 hours/day, 7 days/week – Call: **(888) 510-1438** or **(866) 510-5788**
2. Reply to the automated email link sent when you are eligible for new supplies.
3. Order on our website: www.ahcah.com  (Click on "CPAP Order Form")
4. Call our office Monday-Friday 8:30-5:00:  (800) 545-6026

| Supply | Medicare Coverage Frequency |
|---|---|
| MASK WITHOUT HEADGEAR | 1 every 3 months |
| HEADGEAR | 1 every 6 months |
| REPLACEMENT CUSHION / PILLOWS | 2 per month |
| FULL FACE MASK CUSHIONS | 1 per month |
| TUBING | 1 every 3 months |
| DISPOSABLE FILTERS | 2 per month |
| HUMIDIFIER CHAMBER | 1 every 6 months |
| WASHABLE FILTER | 1 every 6 months |
| CHIN STRAP | 1 every 6 months |

4


**AMERICA'S HEALTHCARE AT HOME**

1510-R Caton Center Drive
Baltimore, MD 21227
Phone: (800) 545-6026
Fax    (800) 545-6071

# Optimize your CPAP therapy:  Replace your supplies

### Replace regularly...
One of the most important steps in taking charge of your health and maintaining effective therapy is replacing your mask and supplies regularly. Just as you replace your toothbrush, toothpaste, razor blades and many everyday items, it's important for your comfort and health that you replace your mask and supplies as recommended to ensure every component is working at its best.

### Replacement means more comfort...
Over time, residue from your face and everyday wear and tear can reduce the quality of your mask and supplies. Even with proper care and cleaning, materials can deteriorate over time and cause poor performance, leaving you uncomfortable and under-treated. Regular replacement and maintenance helps keep your therapy as comfortable and effective as possible.

### Important facts about supplies...
**Mask cushions/pillows** may deteriorate over time through regular wear and tear, which can compromise fit and lead to air leaks. If your cushions/pillows are worn out, you may experience discomfort, and your therapy may be less effective. Bacteria can build up causing skin rash and breakdown.

**Device filters** wear out or may become clogged, no longer protecting you from airborne particles, dust, pet fur and bacteria.

**Tubing** may develop small holes or tears, which may cause air leaks and jeopardize the delivery of your prescribed therapy setting.

**Headgear and chin straps** may become stretched and lose their elasticity, leading to overtightening and discomfort. They can also trap bacteria from sweat and moisture.

**Humidifier water chambers** may become discolored, cracked, cloudy or even pitted due to the mineral levels found in most tap and drinking water. As the material deteriorates, cracks may trap bacteria.

## Order every three months (most insurances will cover the following):

If you are using a full-face mask:  (mask covers both nose and mouth)

1. Full Face mask
2. Extra mask cushions (2)
3. Tubing
4. Disposable Filters (6)



If you are using a nasal mask (covers nose) or nasal pillows (fits over nostrils):

1. Nasal mask or nasal pillow device
2. Extra mask cushions or pairs of nasal pillows (5)
3. Tubing
4. Disposable Filters (6)




## Order every six months (most insurances will cover the following):

1. Headgear (straps) for mask or nasal pillow device
2. Humidifier water chamber
3. Reusable filters
4. Chin Strap




5



1510-R Caton Center Drive
Baltimore, MD 21227
Phone: (800) 545-6026
Fax     (800) 545-6071

## <u>CPAP desensitization for a patient's claustrophobic response</u>
(Modified from the method written by Edinger and Radtke)

**Most patients tolerate using a CPAP mask very well. A small portion of patients have a hard time wearing the mask in the beginning. If you are having difficulty getting used to the CPAP mask, you might need "Desensitization" as described here. Please do not force yourself to wear the mask if you really cannot tolerate it.**

**Step 1:** Wear the CPAP mask at home, while awake and performing normal activities, for about one-two hour daily. When you can do this without any anxiety or concern for three-five consecutive days, go to Step 2.

**Step 2:** Connect the pressure device and tubing to the CPAP mask, setting the pressure as prescribed. Turn on the machine and breathe through it while awake, for one-two hours daily. When you can do this without problems for three-five consecutive days, go to Step 3.

**Step 3:** Wear the entire CPAP machine for a scheduled one-hour nap daily. When you can do this without problems for three-five consecutive days, go to Step 4.

**Step 4:** Wear the entire CPAP apparatus to sleep at night. Wear it as long as possible. If you cannot tolerate the mask, take it off, and continue to sleep without it. Then, try the mask the next day for about 3-4 hours each night. Gradually increase the hours with the mask. You may have to repeat Step 2 or 3 again, but do not force yourself to wear the mask if you really cannot tolerate it.

Please contact America's Healthcare at Home **(800) 545-6026** for further assistance if needed.

6



1510-R  Caton Center Drive
Baltimore, MD 21227
Phone:  (800) 545-6026
Fax     (800) 545-6071

# Troubleshooting Guide

| Problem | Solutions |
|---|---|
| **Increased nasal congestion, runny nose or nasal dryness:** | ✓ Always use heated humidification set at number 3 or higher.<br>✓ Increase the humidity setting one increment at a time until symptoms resolve. If increasing the humidifier setting causes condensation to form in your mask or tubing, a CPAP tubing wrap (photo) may solve the problem. This will allow you to increase the setting for comfort without excessive condensation.<br>✓ Reposition the mask if you are experiencing mouth leaks. Often those masks that are over-tightened results in increase nasal passage resistance, loosening the mask to obtain a better fit can reduce sinus related symptoms.<br>✓ Try using a saline nasal spray to moisten mucous membranes<br>✓ Ask your physician about possible underlying allergies and the about starting a nasal corticosteroid<br>✓ Review the standards in your instruction manual regarding the changing or cleaning of the filter or your mask. |
| **No pressure or flow from the CPAP machine** | ✓ Power cord disconnected. Reconnect the power cord to the CPAP and outlet.<br>✓ No power to the outlet. Try another outlet. Check for power outage or outlet controlled by a light switch.<br>✓ Blown fuse or circuit breaker. Replace fuse or check circuit breaker in the home.<br>✓ Dirty filters. Clean or replace foam filter and replace paper filters.<br>✓ Equipment malfunction. Contact us. |
| **Mask discomfort:** | ✓ Make sure you clean your face and the mask cushion before wearing.<br>✓ Make sure your mask is not over-tightened, as this will cause not only an improper seal, but also pressure sores.<br>✓ The angle of the forehead and nose bridge can be adjusted on some masks. Try to angle the top of the mask away from the bridge of your nose. |
| **Air leak from mask. Eye irritation. Sore on nose, forehead, or elsewhere on face.** | ✓ Mask not adjusted correctly. Readjust mask and headgear. Contact us if problems continue. Mask should be snug – but just enough so to obtain a proper seal. **Never over-tighten.** |
| **Dry mouth. Mouth falling open during sleep.** | ✓ Contact us about using a chinstrap.<br>✓ Use heated humidification at level 3 or higher. If you are already using a heated humidifier, try to increase humidity setting one increment at a time until symptoms resolve.<br>✓ If increasing the humidifier setting causes condensation to form in your tubing, consider a tubing insulator or "wrap". This will allow you to increase the setting for comfort without experiencing rain out.<br>✓ Reposition the mask if you are experiencing mouth leaks.<br>✓ Consider the fit of the mask, keep it as loose as possible without large air leaks.<br>✓ Discuss this issue with your provider, as a pressure reduction maybe warranted. |

7



1510-R Caton Center Drive
Baltimore, MD 21227
Phone: (800) 545-6026
Fax    (800) 545-6071

| Air from CPAP is too hot or too cold. | ✓ **If too hot:** make sure vents on CPAP are not blocked. Make sure temperature in the room is not too hot, or the humidifier setting is not too high. Keep tubing above blankets during sleep.<br>✓ **If too cold:** make sure temperature in room is not too cold. Increase humidifier temperature and keep tubing under blankets during sleep. |
|---|---|
| Swollen eyes since beginning therapy: | ✓ Readjust mask and/or loosen the headgear slightly.<br>✓ Consider if sinus related symptoms maybe playing a role and discuss this with your physician in more detail during a follow up appointment. |
| "Rain out" (wet face or condensation forming in the tubing): | ✓ · Decrease the humidity setting.<br>✓ Make or purchase a tubing insulator or "wrap". |
| Aerophagia (swallowing of air with use of positive airway pressure) | ✓ Aerophagia of will occur if the mouth is opening/leaking during night. Try adjusting mask for a better fit.<br>✓ Try a chin strap to keep your mouth closed at night.<br>✓ If this is severe, and/or painful contact your sleep specialist for immediate follow up.<br>✓ If needed, a possible adjustment in the pressure settings or alternative means of therapy may need to be considered by you and your physician. |
| Still snoring on CPAP: | ✓ You may need your CPAP pressure adjusted. Contact the Sleep Center to set up appointment with one of our providers. An autotitration or CPAP retitration may be indicated.<br>✓ Have your bed partner report on any periods of mouth leaking during the night. |
| Irritation of the skin on the face or at the bridge of the nose:☐ | ✓ Readjust mask and/or loosen the head gear slightly.<br>✓ The angle of the forehead and nose bridge may need to be adjusted.<br>✓ Use a mask liner (RemZZZs Liners are an optional accessory)<br>✓ Try a different type of mask. |

8



STERICYCLE
800-668-4391
2670 EXECUTIVE DRIVE SUITE A
INDIANAPOLIS IN  46241

LTR     1 OF 1

SHIP TO:
2028785937
LEMAR THOMAS
2536 SOUTHERN AVE SE APT 24

WASHINGTON DC  20020

MD 201 9-38

UPS GROUND
TRACKING #:  1Z RY6 414 03 2852 2627

BILLING: P/P                N67484194D8177-2327865

URC48.5V 07/2021

URGENT: MEDICAL DEVICE RECALL

2536 SOUTHERN AVE SE
APT 24
WASHINGTON DC 20020

P:7                    S:ORANGE1:7   X:
724-7378
12RYBA14D32BB2 2B27
SB10BARS Oct 19 06:47:48 2001
US 2004 MIPPS 21.0.0.SB1004JBL

# Superior Court of the District of Columbia

### CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET

DEMAR THOMAS JR
Plaintiff(s)

vs

AMERICA'S HEALTHCARE AT HOME
Defendant(s)

Case Number: **2023 02501**

Date: _____

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.:        Unified Bar No.: | ☑ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury     ☐ 6 Person Jury     ☐ 12 Person Jury
Demand: $ 100,000               Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____  Judge:_____  Calendar #:_____

Case No.:_____  Judge:_____  Calendar #:_____

## NATURE OF SUIT:    *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ FRIENDLY SUIT
☐ HOUSING CODE REGULATIONS
☐ QUI TAM
☐ STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☑ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_Temcul Thomas_

Filer/Attorney's Signature

04/25/2023

Date

CV-496/February 2023



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

☐ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4ᵗʰ Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4ᵗʰ Street, N.W.
Room 119
Washington, D.C. 20001
Telephone: (202) 879-1120

_____
                          Plaintiff

              v.

_____
                          Defendant

CASE NUMBER:_____

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____
Signature

_____
Printed Name and Bar Number (if applicable)

_____
Email Address and Phone Number

_____
Date

_____
Street Address

_____
City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____
Name

_____
Street Address

_____
City, State, Zip

_____
Email Address and Phone Number

_____
Name

_____
Street Address

_____
City, State, Zip

_____
Email Address and Phone Number

Form CV(6)-451/Jan. 2020

Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5